RECEIVED
JUL -1 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Susan Y. Soong, Clerk of Court
(and all successors, assigns, contractors and pro tempore)

In re: Miscellaneous Files

KENNETH AARON HENDERSON
C/O Post Office Box 9002
Long Beach, California [90810]

Appointment of PUBLIC MINISTER

CV 16 80138 MISC.
FILE#: _____

Miscellaneous Filing
Court of Original Jurisdiction

SK

The Court Clerk is authorized to receive and maintain certain materials relating to matters not considered civil or criminal case documents. These papers are not electronically filed and are maintained in miscellaneous files by category. This filing in the miscellaneous does meet the District Court Miscellaneous Fee Schedule (1).

| The Kingdom of God | Under the Jurisdiction | In Peace and Amity |

**Notice At Large Of Appointment Of Public Minister**
---Juris Et De Jure---

Registered Postal Vessel Contract ~**RE 676 709 286 US** ~; Postmaster; Global UPU Treaty Applies.

The Kingdom of God established by His Son Yahshua circa 33 C.E.---Vienna Convention---International Law, The Law of Nations and the Treaty of Nations guarantees every man the right to make political Self-Determination. I, :Kenneth –Aaron:  Henderson, a Man, Competent, a Non-Combatant, a Non-Belligerent, a Non-Thing, for the purpose of Commerce, secure this Registration number--**RE 676 709 286 US**-- to be forever associated with The Office of Public Minister, and *incorporate* all Notices-Express Notices-Notices At Large / Newspaper Publications and language under Registration **RE 676 709 184 US** and shield number **P33357M** (as if fully set forth and incorporated herein by reference). Full Faith and Credit Clause-- Article IV, Section 1, of the U.S. Constitution. Witness the Public Record.

## DEFINITIONS OF TERMS

The term **"Public Minister"** means: Public Ministers take rank among themselves; in each class, according to the date of the official notification of the arrival at the tribunal:

    (a) **Public Minister is a Representative of a Judicial Jurisdiction;** a Public Minister is a representative of one judicial jurisdiction to a judicial jurisdiction of a foreign authority or power;

    (b) **Ministerial Power and Duty;** are powers given for the good, not of the donee himself exclusively, or of the donee himself necessarily at all, but for the good of several parties, including or not including the donee also; They are so called because the donee of them is a minister or several in his exercise of them; The power and duty of the Public Minister rest upon the law of nations as well as upon treaties, and the primary duty of the Public Minister in the protection of the interest of his countrymen;

    (c) **Public Ministers protection of interests of parties of judicial jurisdiction represented;** Public Ministers are bound to see that the laws of the jurisdiction of the unknown or foreign authority wherein they officiate are properly administered so as to protect the interests of their nationals; and their official character as Public Ministers must be taken as sufficient evidence of authority to perform all those acts that customarily are entrusted to Public Ministers for performance; The authority of a Public Minister to protect the estates and the rights of his countrymen within his judicial jurisdiction from loss or waste is recognized by all civilized nations as inherent in the office of Public Minister under the accepted principles of international law; and the tribunals have consistently given recognition to the power of a Public Minister of a judicial jurisdiction foreign to the jurisdiction of the tribunal to assert or defend the property rights as well as the personal rights of his nationals irrespective of whether or not he has been accorded the right to represent them in tribunal by provision or treaty or otherwise; Even in the absence of specific authorization to act as the personal agent of his nationals; and in the absence of a treaty, a Public Minister duly recognized, has, under the principles of international law the authority and the privilege to represent his fellow countrymen in the tribunals of the state; A Public Minister is authorized to assert claims on behalf of his nationals, even where the claimants are unknown; However, he must have a specific authority before he can obtain restitution or proceeds.

Case 3:16-mc-80138-SK   Document 1   Filed 07/01/16   Page 2 of 6

Page 2 of 6  Notice At Large of Appointment of Public Minister. Registered RE 676 709 286 US
Not contained, boxed in, or restricted within any walls, corners or barriers

Public Minister hereby declares that he enjoys certain privileges, exemptions, and immunities pursuant to law as are enjoyed by missions under the Vienna Convention on Diplomatic Relations of April 18, 1961 (T.I.A.S. number 7502; 23 U.S.T. 3227, enter into force with respect to the United States on December 13, 1972; P.L. 95-393 § 5), and under The Law of Nations or The Principles of Natural Law (1758) is to be treated accordingly:  § 80. Respect due to Public Ministers; § 81. Their persons sacred and inviolable; § 82 Particular protection due to them; § 83 When it commences (under the protection of the law of nations); §92. Independence of Foreign Ministers; inter alia (of the Rights, Privileges, and Immunities of Ambassadors and other Public Ministers);

**IMMUNITY**

Public Minister hereby declares Immunity of Public Minister. The rule that tribunals have no jurisdiction over a foreign sovereign extends also to its Public Ministers [Public Law 94-583, Oct. 21, 1976 Stat. 2891] [codified in Title 28 U.S.C. § 1602 et seq]; and [Public Law 1790, I Stat. At L. 117, ch. 9] [codified in 22 U.S.C. § 252], it is provided that whenever any writ or process is sued out or prosecuted by a person in any tribunal of the United States or of a state or by a judge or justice whereby the persons of any Public Minister of a foreign jurisdiction, or any domestic or domestic servant of any such minister is arrested or imprisoned or his goods or chattels are distrained, seized, or attached, such writ or process shall be deemed void.  It is also provided that whenever a writ or process is sued out in violation of this prohibition, every person by who the same is obtained or prosecuted, whether as a Party or as attorney or as a solicitor, and every officer served in executing it, shall be deemed a violator of the laws of nations and a disturber of the public repose, and shall be subject to the penalty provided by law; See [Public Law 1984, ch. 645 § 62 Stat., 688] [codified in Title 18 U.S.C. § 112 (a) (b) (1) (2) (f)]; and [Public Law 1871, ch. 22 § 6, 17 Stat. 15] [codified in 42 U.S.C. § 1986]; [18 U.S.C. § 1201 and all P.L. provided therein]; [18 U.S.C. §1116 (b) and all P.L. provided therein]; [22 U.S.C. §254d and all P.L. provided therein]; **Enforcement**-Public Minister calls on the U.S. Marshal pursuant to [28 USC §564], Powers as Sheriff.

Public Minister hereby declares this Notice At Large of Appointment of Public Minister, serves as NOTICE DE MERCATORIBUS AT LARGE, severally and jointly, upon receipt by recipient agents, principals, contractors, successors, assigns and pro tempore; Trespassers will be liable for court and attorney fees, and damages, for injury of trespass, trover, conversion, and illegal or unlawful detainment of Public Minister or his person (s) or property (inter alia).  All collateral, real, personal, and biological property, products, proceeds, accounts, baggage, fixtures, cargo, appurtenance, interest, orders, are, Kenneth Aaron Henderson's, Beneficial Owner, **Creditor**, holder of proprietary possessory interest and perfect title in REGISTERED ORGANIZATION KENNETH AARON HENDERSON REGISTRATION DISTRICT NO. 7053, REGISTRAR'S NUMBER 12683. This instant Appointment is presumed fact, by suggestion, juris et de jure [22 U.S.C. §254d and all P.L. provided therein].

**PUBLICLY AND PRIVATELY NOTICED**

DULY NOTICED-- Firsthand Knowledge is had by actual LEGAL / PUBLIC NOTICE-PRONOUNCEMENT OF APPOINTMENT OF PUBLIC MINISTER and DECLARATION AND NOTICE AT LARGE OF APPOINTMENT OF PUBLIC MINISTER to the following, verifiable by certified mail (signed / stamped green card PS form 3811) Track and confirm:

| Recipient | Certified mail # |
|---|---|
| Hon. Barack H. Obama, U.S. President | 7013 3020 0001 3745 8888 |
| U.S. Dept. of Sec. of State, John F. Kerry | 7013 1090 0002 1021 0285 |
| Supreme Court of The United States, Chief Justice, et al. | 7013 3020 0001 3745 8840 |
| U.S. District Courthouse, Chief Judge, et al. | 7013 3020 0001 3745 8789 |
| U.S. Dept. of Justice, Eric H. Holder, Attorney General | 7013 1090 0002 1021 1121 |
| U.S. Dept. of Justice, Tony West, Assoc. Att. Gen. | 7013 1090 0002 1021 0605 |
| U.S. Dept. of Treasury, Office of Foreign Asset Control | 7013 1090 0002 1021 0308 |
| Commissioner Internal Revenue Service | 7013 1090 0002 1021 0315 |
| California State Capital Building, Gov. Jerry Brown | 7013 3020 0001 3745 5733 |
| California Attorney General, Kamala Harris | 7013 1090 0002 1021 0582 |
| California Secretary of State, Debra Bowen | 7013 1090 0002 1021 1138 |
| San Bernardino District Attorney, Michael A. Ramos | 7013 3020 0001 3745 9199 |
| San Diego County District Attorney, Bonnie M. Dumanis | 7013 3020 0001 3745 8826 |
| Murrieta Superior Court, California | 7013 3020 0001 3745 8802 |
| San Bernardino Superior Courthouse, California | 7013 3020 0001 3745 8796 |
| State of CA., Superior Court, Central Div., San Diego | 7013 3020 0001 3745 8833 |
| Riverside California / County District Attorney | 7013 3020 0001 3745 8819 |
| San Bernardino California / County Justice Center | 7013 3020 0001 3745 5726 |
| Long Beach California Mayor, Dr. Robert Garcia | 7015 0640 0005 1550 6441 |
| Compton Courthouse, California | 7013 2250 0001 3005 9190 |
| 2nd Notice: Gov. Edmund Jerry Brown, California | 7015 0640 0005 1550 4324 |
| 2nd Notice: Ca. Att. Gen. Kamala D. Harris | 7015 0640 0005 1550 4331 |
| U.S. Dept. of Transportation, Anthony Foxx, Secretary | 7015 0640 0005 1550 4348 |
| Los Angeles County Sheriff, Jim McDonnell | 7015 0640 0005 1550 4423 |
| San Diego County Sheriff, William D. Gore | 7015 0640 0005 1550 4409 |
| San Bernardino County Sheriff, John McMahon | 7015 0640 0005 1550 4416 |
| Long Beach Ca. Police Department, Robert G. Luna, Chief | 7015 0640 0005 1550 4508 |
| California Highway Patrol Commissioner, Joe Farrow | 7015 0640 0005 1550 4379 |
| United States Treasury Dept. Jacob J. Lew, Secretary | 7015 0640 0005 1550 4386 |
| (1st Notice) Ca. Secretary of State, Alejandro Alex Padilla | 7015 0640 0005 1550 4300 |
| California State Controller, Betty T. Yee | 7015 0640 0005 1550 4430 |
| Ca. Dept. of Motor Vec. George Valverde, Director | 7015 0640 0005 1550 4454 |
| Ca. Judicial Council & AOC, Debra Brown, Chief Counsel | 7015 0640 0005 1550 4461 |
| Penny S. Pritzker, U.S. Secretary of Commerce | 7015 0640 0005 1550 4539 |
| Jackie C. Lacey, Los Angeles County District Attorney | 7015 0640 0005 1550 6427 |
| Los Angeles California Mayor, Eric Garcetti | 7015 0640 0005 1550 6458 |
| **U.S. Marshals**, David L. Harlow, Dir. (a); David M. Singer | 7015 1730 0001 6176 3303 |

WHEREAS, all institutions, administrations, successors, agents, assigns, counterparts, affiliates, public servants, public offices-officials-officers, divisions / sub-divisions, branches, contractors, pro tempore, departments, have been noticed actually and constructively. All are without excuse.

### NOTICE OF FOREIGN JURISDICTION

TO: ALL U.S. OFFICES, STATE AGENTS / OFFICERS AND PUBLIC SERVANTS
WHEN THIS NOTICE IS AFFIXED TO A PREMISES, OBJECT OR A DOCUMENT, all property therein, attached thereto, or claimed, is under the custody and control of the below-Noted foreign official and not subject to intrusion or seizure; THE BEARER OF THIS NOTICE has been Duly Notified to The Department of State pursuant to International Law and enjoys immunity from criminal and civil jurisdiction, arrest and detention; Under International Convention, the bearer should be treated with respect and all steps should be taken to prevent attack, injury, the loss of freedom, mobility, interests and property.

U.S. DEPARTMENT OF STATE NOTICE: 70131090000210210285-70131090000210214955-70131090000210239552; CALIFORNIA SECRETARY OF STATE NOTICE: 70131090000210211138-70131090000210214962-70131090000210239521.

This, my freewill, act and deed.

By: *Kenneth Aaron Henderson*
KENNETH AARON HENDERSON
ACCREDITED PUBLIC MINISTER
**P33357M**

## CALIFORNIA ALL PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity or that document.

State of California }
County of Los Angeles }

On June 28, 2016, before me, JAMES I. UTOMAKILI, Notary Public, personally appeared KENNETH AARON HENDERSON, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: /s/ _____ (Seal)
Notary Public

JAMES I. UTOMAKILI
COMM. # 2072699
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. JULY 22, 2018

---

On June 28, 2016, before me, HAROLD A. UTOMAKILI, Notary Public, personally appeared KENNETH AARON HENDERSON, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)
Notary Public

HAROLD A. UTOMAKILI
COMM. # 2019155
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. MAY 9, 2017

See enclosed ACKNOWLEDGMENT

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILE#: _____
             Miscellaneous Filing

ACKNOWLEDGED this _____ day of _____, 2016.

_____  _____  _____
UNITED STATES DISTRICT JUDGE  UNITED STATES DISTRICT JUDGE  UNITED STATES DISTRICT JUDGE